UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHARLES LAVON WHITMORE,

                         **Plaintiff,**                  20-CV-08435 (SN)

      -against-                                   **ORDER**

ANDREW PAUL, Commissioner of Social
Security,

                        **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 9, 2020, Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking review of a denial of social security disability benefits.[1] See ECF Nos. 1, 6. On January 8, 2021, the parties consented to the jurisdiction of a magistrate judge, and the case was reassigned to my docket. ECF No. 20. On January 26, 2021, the Commissioner requested an extension of time to file the e-CAR, extending the date from January 25, 2021, to March 26, 2021. ECF No. 21. The Court granted that request. ECF No. 22. To date, the Commissioner has not filed the e-CAR, and has not requested a further extension. Accordingly, the Commissioner is directed to either file the e-CAR or a letter informing the Court of the status of its filing no later than April 2, 2021.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      March 31, 2021
                 New York, New York

---

[1] The Court recognizes that a corrected version of the complaint was filed on October 15, 2020.