UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHARLES LAVON WHITMORE,

                                Plaintiff,                         20-CV-8435 (SN)

        -against-                                   ORDER

KILOLO KIJAKAZI, Commissioner of Social
Security,

                                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On October 9, 2020, Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking review of a denial of social security disability benefits.[1] See ECF Nos. 1, 6. On January 8, 2021, the parties consented to the jurisdiction of a magistrate judge, and the case was reassigned to my docket. ECF No. 20. On July 2, 2-21, Plaintiff filed a motion for judgment on the pleadings. ECF No. 27. The Commissioner requested an extension of 30 days to file a cross-motion for judgment on the pleadings, which the Court granted. EFC Nos. 28, 29. The Commissioner has not filed her cross-motion and has not requested a further extension. Accordingly, the Commissioner is directed to either file her cross-motion or show cause why she is unable to do so no later than October 8, 2021.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:       October 4, 2021
                  New York, New York

---

[1] The Court recognizes that a corrected version of the complaint was filed on October 15, 2020.