UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHARLES LAVON WHITMORE,

                                 **Plaintiff,**                        20-CV-8435 (SN)

               -against-                                             <u>ORDER</u>

**KILOLO KIJAKAZI, Commissioner of Social Security,**

                                 **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the extension granted to the Commissioner to file her cross-motion on the pleadings (ECF No. 34), the Plaintiff shall file his reply no later than November 6, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 18, 2021
                 New York, New York