UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHARLES LAVON WHITMORE,

                              Plaintiff,                         20-CV-08435 (SN)

      -against-                                            **ORDER**

KILOLO KIJAKAZI,

                              Defendant(s).

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On October 18, 2021, the Court ordered Plaintiff to file his reply to the Commissioner's cross-motion for judgment on the pleadings by no later than November 6, 2021. ECF No. 25. As no reply has been filed, the Court considers the motion to be fully briefed.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:     New York, New York
               November 17, 2021