UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES LAVON WHITMORE,

                        Plaintiff,                              20 **CIVIL** 8435 (SN)

       -v-                                                         **JUDGMENT**

KILOLO KIJAKAZI,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2022, the Commissioner's motion is GRANTED, the Plaintiff's motion is DENIED, and the case is DISMISSED.

**Dated:** New York, New York
           March 31, 2022

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                                        BY:
                                                                **Deputy Clerk**